**Order filed June 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00168-CR
_____

**PEDRO ERNESTO UMANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1360048**

---

## O R D E R

A relevant item has been omitted from the clerk's record filed in this court. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's charge to the jury.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 13, 2014, containing the trial court's charge to the jury.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM